MARYLAND CASUALTY COMPANY OF BALTIMORE, Respondent, vs. JOHNSON, Appellant.

*April 8—May 11, 1926.*

Companion case to *Fidelity & Casualty Co. v. Johnson, ante,* p. 199.

APPEAL from an order of the circuit court for Dane county: AUGUST C. HOPPMANN, Circuit Judge. *Affirmed.*

For the appellant there was a brief by the *Attorney General* and *T. L. McIntosh,* assistant attorney general, and oral argument by *Mr. McIntosh.*

For the respondent there was a brief by *McGovern, Lyons, Curtis, Devos & Reiss* of Milwaukee, and oral argument by *F. E. McGovern.*

ROSENBERRY, J. This case is a companion case to *Fidelity & Casualty Company of New York v. Johnson, ante,* p. 199, 208 N. W. 791, and for the reasons there stated the mandate in this case will be the same as in that.

*By the Court.*—The order appealed from is affirmed.

STEVENS, J., took no part.